**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **QUALITY LEASE AND RENTAL** | § | **CASE NO.  14-60074- 11** |
| **HOLDINGS, LLC** | § | |
| | § | |
| **QUALITY LEASE RENTAL** | § | **CASE NO.  14-60075- 11** |
| **SERVICE, LLC** | § | |
| | § | |
| **QUALITY LEASE SERVICE, LLC** | § | **CASE NO.  14-60076- 11** |
| | § | |
| **ROCACEIA, LLC** | § | **CASE NO.  14-60077- 11** |
| | § | **(Chapter 11)** |
| | § | |
| **DEBTORS.** | § | **Joint Administration Requested** |
| | § | **Under Case No. 14-60074- 11** |
| | § | **Judge David R. Jones** |

**ORDER GRANTING EMERGENCY MOTION FOR JOINT ADMINISTRATION**
[Relates to Docket # 3]

The Debtors' Emergency Motion for Joint Administration is granted.  It is hereby ORDERED that:

1.      The chapter 11 cases of Quality Lease and Rental Holdings, LLC, Quality Lease Rental Service, LLC, Quality Lease Service, LLC, and Rocaceia, LLC shall be jointly administered:

2.      The caption of the cases is modified to reflect the joint administration as follows:

3.      The Clerk of the Court is directed to enter a notation on the docket sheet of each of the Debtors' cases in substantially the following form to reflect joint administration of the cases:

An order has been entered in this case directing the joint administration of *In re Quality Lease and Rental Holdings, LLC* (Case No. 14-60074); *In re Quality Lease Rental Service, LLC* (Case No. 14-60075); *In re Quality Lease Service, LLC* (Case No. 14-60076); and *In re Rocaceia, LLC* (Case No. 14-60077) in accordance with Federal Rule of Bankruptcy Procedure 1051(b).  The docket in case number 14- 60074–H2-11 should be consulted for all matters affecting these cases.

4.      One docket shall be maintained for the Debtors' cases under case number 14-70074–H2-11.

5.      All pleadings, orders and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are jointly administered under case number 14-70074 –H2-11.

6.      The U.S. Trustee is authorized to conduct joint meetings, including 341 meetings, with the Debtors.

7.      Each Debtor shall file separate schedules and statements of financial affairs in its respective case.

8.      Proofs of claim filed by a creditor of any Debtor shall reflect the style and case number of the Debtor to which the claim relates.

9.      The Clerk of the Court shall maintain separate claim registers for each Debtor.

ZZZ