B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   Quality Lease and Rental Holdings, LLC     Case No.   __14-60074__
                   Debtor(s)     Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Boyden<br>3 Riverway, Suite 1150<br>Houston, TX 77056 | Boyden<br>3 Riverway, Suite 1150<br>Houston, TX 77056<br>713-655-0123 | Professional Services | Contingent<br>Unliquidated<br>Disputed | 26,267.76 |
| David Michael Mobley<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway,<br>Suite 700<br>Corpus Christi, TX 78401 | David Michael Mobley<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401<br>361-884-2800 | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Ewing & Jones, PLLC<br>6363 Woodway, Suite 1000<br>Houston, TX 77057 | Ewing & Jones, PLLC<br>6363 Woodway, Suite 1000<br>Houston, TX 77057<br>713-590-9600 | Legal Fees | Disputed | 9,113.90 |
| Greta Yvette Mobley<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway,<br>Suite 700<br>Corpus Christi, TX 78401 | Greta Yvette Mobley<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401<br>361-884-2800 | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Michael Mobley, as Member Agent of<br>QLS HoldCo, Inc.<br>c/o Ronald A. Simank<br>615 North Upper Broadway,<br>Suite 700<br>Corpus Christi, TX<br>78401-0781 | Michael Mobley, as Member Agent of<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401<br>361-884-2800 | Amended and Restated Unsecured and subordinated Promissory Note | Contingent<br>Unliquidated<br>Disputed | 20,000,000.00 |
| Phelps Dunbar<br>500 Dallas Street, Suite 1300<br>Houston, TX 77002 | Patricia Hair<br>Phelps Dunbar<br>500 Dallas Street, Suite 1300<br>Houston, TX 77002<br>713-877-5542 | Legal Fees | | 52,415.12 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Quality Lease and Rental Holdings, LLC**          Case No.   **14-60074**
<br>                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Quality Lease Air Service, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Broadway, Suite 700<br>Corpus Christi, TX 78401 | Quality Lease Air Service, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401<br>361-884-2800 | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Strasburger & Price<br>901 Main Street<br>Suite 4400<br>Dallas, TX 75202 | Strasburger & Price<br>901 Main Street<br>Suite 4400<br>Dallas, TX 75202<br>214-651-4300 | Legal Fees | Disputed | 73,833.44 |
| Texas Quality Guard Services, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Broadway, Suite 700<br>Corpus Christi, TX 78401 | Texas Quality Guard Services, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401<br>361-884-2800 | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Texas Quality Mats, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Broadway, Suite 700<br>Corpus Christi, TX 78401 | Texas Quality Mats, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401<br>361-884-2800 | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Trenam Kemker<br>101 E. Kennedy Blvd.<br>Suite 2700<br>Tampa, FL 33602 | Trenam Kemker<br>101 E. Kennedy Blvd.<br>Suite 2700<br>Tampa, FL 33602<br>813-2237474 | Legal Fees | Disputed | 42,206.74 |
| Weaver and Tidwell LLP<br>24 Greenway Plaza Suite 1800<br>Houston, TX 77046 | Weaver and Tidwell LLP<br>24 Greenway Plaza Suite 1800<br>Houston, TX 77046<br>972-960-1100 | Financial Advisors | Disputed | 18,033.63 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re   **Quality Lease and Rental Holdings, LLC**                          Case No.   **14-60074**
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of Rocaceia, LLC, Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _10/6/14_                              Signature   _____

                                                          **Christopher Williams, Manager of
                                                          Rocaceia, LLC, Debtor's Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.