B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Texas

In re: **Quality Lease and Rental Holdings, LLC**, Debtor

Case No. **14-60074**

Chapter **11**

# *AMENDED*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 64,176.89 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 37,680,050.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 250,176.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 31,185,874.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 64,176.89 | | |
| | | Total Liabilities | | 69,116,100.56 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Quality Lease and Rental Holdings, LLC   Case No. __14-60074__
                                   Debtor

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Allan Martin<br>501 East Kennedy Boulevard<br>Suite 801<br>Tampa, FL 33602 | - | | Indemnity claim if any, from obligation owing to Alan Martin as a result of claims asserted by Mobley's in lawsuit referenced in SOFA No 4, which lawsuit has been removed to the Bk Court and is now pending under Adversary No 14-06005. | X | X | X | 0.00 |
| Account No.<br><br>Boyden<br>3 Riverway, Suite 1150<br>Houston, TX 77056 | - | | Professional Services | | | X | 26,267.76 |
| Account No.<br><br>David Michael Mobley<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401 | - | | Breach of Contract | X | X | X | Unknown |
| Account No.<br><br>David Michael Mobley, as Member Agent of<br>QLS HoldCo, Inc.<br>c/o Ronald A. Simank<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401-0781 | - | | 1/8/2013<br>Amended and Restated Unsecured and subordinated Promissory Note | X | X | X | 20,000,000.00 |

__4__ continuation sheets attached

Subtotal (Total of this page)   20,026,267.76

B6F (Official Form 6F) (12/07) - Cont.

In re __Quality Lease and Rental Holdings, LLC__,  Case No. __14-60074__
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Michael Mobley, as Member Agent of QLS HoldCo, Inc.<br>c/o Ronald A. Simank<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401-0781 | - | | 1/8/2013<br>Alleged working capital adjustment | X | X | X | 3,600,000.00 |
| Account No.<br><br>ERGOS Technologies Partners, Inc.<br>3831 Golf Drive<br>Houston, TX 77018 | - | | | | | | 13,090.00 |
| Account No.<br><br>Ewing & Jones, PLLC<br>6363 Woodway, Suite 1000<br>Houston, TX 77057 | - | | Legal Fees | | | | 9,113.90 |
| Account No.<br><br>Greta Yvette Mobley<br>c/o Ronald A. Simank, P.C.<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401 | - | | Breach of Contract | X | X | X | Unknown |
| Account No. | - | | | | | | |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,622,203.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Quality Lease and Rental Holdings, LLC**                      Case No.   **14-60074**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Oilfield Support Services, LLC<br>16350 Park Ten Place Suite 238<br>Houston, TX 77084 | X | - | Collection Lawsuit | | | X | 63,604.93 |
| Account No.<br><br>Phelps Dunbar<br>500 Dallas Street, Suite 1300<br>Houston, TX 77002 | | - | Legal Fees | | | | 52,415.12 |
| Account No.<br><br>QLS HoldCo., Inc.<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401 | | - | Breach of Contract | X | X | X | Unknown |
| Account No.<br><br>Quality Lease Air Service, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Broadway, Suite 700<br>Corpus Christi, TX 78401 | | - | Breach of Contract | X | X | X | Unknown |
| Account No.<br><br>Quality Lease Rental Services<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905 | | - | Various<br>Intercompany debts owed to QLRS(these amounts are shown on the books of the companies but some of these amounts may have been used by QLRH for the benefit of other companies, in which case these amounts may be subject to downward adjustment | | | | 2,038,400.13 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,154,420.18**

B6F (Official Form 6F) (12/07) - Cont.

In re  Quality Lease and Rental Holdings, LLC , Case No. __14-60074__
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Quality Lease Services<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905 | | - | Various<br>Intercompany debts owed to QLS (these amounts are shown on the books of the companies but some of these amounts may have been used by QLRH for the benefit of other companies, in which case these amounts may be subject to downward adjustment | | | | 934,646.70 |
| Account No.<br><br>Rocaceia<br>243403B NW Zac Lentz Pkwy<br>Victoria, TX 77905 | | - | Various<br>Interco. debts owed to Rocaceia(these amounts are shown on the books of the companies but some of these amounts may have been used by QLRH for the benefit of other companies, in which case these amounts may be subject to downward adjustment | | | | 4,314,262.21 |
| Account No.<br><br>Strasburger & Price<br>901 Main Street<br>Suite 4400<br>Dallas, TX 75202 | X | - | Legal Fees<br>Disputed as to the amount | | | X | 73,833.44 |
| Account No.<br><br>Texas Quality Guard Services, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Broadway, Suite 700<br>Corpus Christi, TX 78401 | | - | Breach of Contract | X | X | X | Unknown |
| Account No.<br><br>Texas Quality Mats, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 North Broadway, Suite 700<br>Corpus Christi, TX 78401 | | - | Breach of Contract | X | X | X | Unknown |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  5,322,742.35

In re   **Quality Lease and Rental Holdings, LLC**   ,    Case No.   **14-60074**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Trenam Kemker<br>101 E. Kennedy Blvd.<br>Suite 2700<br>Tampa, FL 33602 | X | - | Legal Fees | | | X | 42,206.74 |
| Account No.<br><br>Weaver and Tidwell LLP<br>24 Greenway Plaza Suite 1800<br>Houston, TX 77046 | | - | Financial Advisors | | | X | 18,033.63 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **60,240.37**

Total (Report on Summary of Schedules)    **31,185,874.56**