UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
HECTOR DURAN
TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, TX 77002
Telephone:  (713) 718-4650 x 241
Fax:  (713) 718-4670

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| QUALITY LEASE AND RENTAL HOLDINGS, L.L.C. | § § § | 14-60074-V2-11 |
| | § | |
| QUALITY LEASE RENTAL SERVICE, L.L.C. | § § § | 14-60075-V2-11 |
| | § | |
| QUALITY LEASE SERVICE, L.L.C. | § § | 14-60076-V2-11 |
| ROCACEIA, L.L.C. | § § | 14-60077-V2-11 |
| | § § | (Chapter 11) |
| | § | Jointly Administered Under |
| DEBTORS | § | Case No. 14-60074 |

### REPORT OF THE UNITED STATES TRUSTEE OF
### INABILITY TO APPOINT A CREDITORS' COMMITTEE

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for the Southern District of Texas ("UST"), by and through the undersigned counsel, who respectfully represents as follows:

1. On October 1, 2014, the Debtors filed voluntary petitions seeking relief under chapter 11 of the Bankruptcy Code.

2. The UST is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. § 1102(a)(1).

3. The UST has attempted to solicit creditors interested in serving on a creditors' committee from the list of creditors holding the twenty largest unsecured claims. After excluding governmental units, secured creditors and insiders, the UST has been unable to solicit sufficient

interest to form a creditors' committee.

4.  The first meeting of creditors was held after notice to all creditors. An insufficient number of unsecured creditors appeared at said meeting to form a creditors' committee.

THEREFORE, the UST has been unable to appoint a creditors' committee as contemplated by 11 U.S.C. § 1102.

Dated: November 18, 2014                     Respectfully Submitted,

                                                                   JUDY A. ROBBINS
                                                                   UNITED STATES TRUSTEE

By:   /s/ Hector Duran
        Hector Duran
        Texas Bar No. 00783996/Fed. ID No. 15243
        515 Rusk, Suite 3516
        Houston, TX 77002
        Telephone:  (713) 718-4650 x 241
        Fax:  (713) 718-4670

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the parties listed below and all PACER System participants by United States Mail, first class, postage prepaid, or by ECF transmission, on the 18th day of November, 2014.

/s/ Hector Duran
Hector Duran

DEBTORS:

Quality Lease and Rental Holdings, LLC
Quality Lease Rental Service, LLC
Quality Lease Service, LLC
Rocaceia, LLC
23403B NW Zac Lentz Parkway
Victoria, TX  77905

DEBTORS' COUNSEL:

Walter J. Cicack, Esq.
Hawash Meade Gaston Neese & Cicack, LLP
2118 Smith St.
Houston, TX  77002

PARTIES REQUESTING NOTICE:

Main Street Capital Corp., as Agent for
Main Street Equity Interests, Inc. and
MSCII Equity Interests, LLC
c/o Edward L. Rothberg, Esq.
Melissa A. Haselden, Esq.
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX  77056

HoldCo. Inc.
Greta Y. Mobley
David M. Mobley
c/o Ronald A. Simank, Esq.
615 North Upper Broadway, Suite 700
Corpus Christi, TX  78401-0781

Texas Comptroller of Public Accounts
John M. Stern
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

Victoria County
c/o Diane W. Sanders, Esq.
P.O. Box 17428
Austin, TX  78760-7428

Dimmitt County
c/o John T. Banks, Esq.
3305 Northland Drive, Suite 505
Austin, TX  78731

Martin Phase Converters, Inc.
c/o Richard T. Chapman, Jr., Esq.
One O'Connor Plaza, 7th Floor
P.O. Box 1969
Victoria, TX  77902