

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
11/26/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| QUALITY LEASE AND RENTAL HOLDINGS, LLC | § § § | CASE NO. 14-60074-11 |
| | § | |
| QUALITY LEASE RENTAL SERVICE, LLC | § § § | CASE NO. 14-60075-11 |
| | § | |
| QUALITY LEASE SERVICE, LLC | § § | CASE NO. 14-60076-11 |
| | § | |
| ROCACEIA, LLC | § § | CASE NO. 14-60077-11 (Chapter 11) |
| | § | |
| DEBTORS | § § § | Jointly Administered Under Case No. 14-60074-11 Judge David R. Jones |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF INVESTMENT BANKER**
[This instrument pertains to Docket # 52]

Upon Application of the Debtors, filed with the Court on November 17, 2014, for authority to employ and appoint Bryan C. Frederickson and GulfStar Group ("Application") as an investment banker, and upon the annexed Affidavit of the proposed investment banker, and it appearing that no notice of hearing on said Application should be given, and no adverse interest nor connections with the Debtors, their affiliated entities, the creditors or any other party-in-interest, its attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, having been represented, and it appearing that, based upon the Affidavit presented to the Court, Bryan C. Frederickson and GulfStar Group do not represent an interest adverse to the estates on the matters for which they are engaged, nor have undisclosed connections with the Debtors, the creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, and that this employment is necessary and would be in the best interest of the estate, it is therefore,

ORDERED that the Debtors are authorized to employ and appoint Bryan C. Frederickson and GulfStar Group as its investment banker for the purpose marketing and selling Debtors' assets as further described in Exhibit B to the Application; it is further

ORDER that the Debtors are authorized to pay Bryan C. Frederickson and GulfStar Group, the initial investment banker fee in the amount of $35,000, as described in the Application. All compensation is subject to review and approval by the Court upon application and opportunity for hearing.

Signed:  November 25, 2014.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE