**MOR-1**

CASE NAME:   **QLRH LLC**
CASE NUMBER:   **14-60074-11**
PROPOSED PLAN DATE:   12/31/2014

**UNITED STATES BANKRUPTCY COURT**

PETITION DATE:   **10/1/2014**
DISTRICT OF TEXAS:   **Southern**
DIVISION:   **Houston**

*YEAR*                                                                                  *YEAR*
*MONTHLY OPERATING REPORT SUMMARY  FOR MONTH*

| MONTH | | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | YTD |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | | -15,990 | -60,106 | 0 | 0 | 0 | 0 | -76,096 |
| NET INCOME (LOSS) (MOR-6) | | -877,697 | -1,023,687 | 0 | 0 | 0 | 0 | -1,901,384 |
| PAYMENTS TO INSIDERS (MOR-9) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL DISBURSEMENTS (MOR-8) | | 1,580 | 24,017 | 0 | 0 | 0 | 0 | 25,597 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

| REQUIRED INSURANCE MAINTAINED | | | |
|---|---|---|---|
| AS OF SIGNATURE DATE | EXP. | Are all accounts receivable being collected within terms? | In line with historical pattern |
| | DATE | Are all post-petition liabilities, including taxes, being paid within terms? | Yes |
| | | Have any pre-petition liabilities been paid? | No |
| CASUALTY | YES ( x )  NO ( ) | 12/31/2014   If so, describe | |
| LIABILITY | YES ( x )  NO ( ) | 12/31/2014   Are all funds received being deposited into DIP bank accounts? | Yes |
| VEHICLE | YES ( x )  NO ( ) | 12/31/2014   Were any assets disposed of outside the normal course of business? | No |
| WORKERS COMP | YES ( x )  NO ( ) | 12/31/2014   If so, describe | |
| OTHER | YES ( )  NO ( ) | ___-___-___   Are all U.S. Trustee Quarterly Fee Payments current? | Yes |
| | | What is the status of your Plan of Reorganization? | Est. 12/31/14 |

ATTORNEY NAME:   Walter Cicack
FIRM NAME:   HawashMeade
ADDRESS:   2118 Smith Street

CITY, STATE, ZIP:   Houston, TX 77002
TELEPHONE/FAX:   (713) 658-9003 / (713) 658-9011

**MOR-1**

*I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 with attachments, is true and correct.*

SIGNED X _____                    **Title: Managing Member**
(ORIGINAL SIGNATURE)
**Chris Williams**                                        **12/23/2014**
*(PRINT NAME OF SIGNATORY)*          *DATE*      *Revised 07/01/98*

CASE NAME:  QLRH LLC
CASE NUMBER: 14-60074-11

### COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 10/1/2014 | MONTH Oct-14 | MONTH Nov-14 | MONTH Dec-14 | MONTH Jan-15 | MONTH Feb-15 | MONTH Mar-15 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 5,251 | 8,158 | 14,142 | 0 | 0 | 0 | 0 |
| Accounts Receivable, Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory:  Lower of Cost or Market | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses (Professionals; Insurance) | 27,762 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments | 20,259,135 | 18,385,895 | 17,897,161 | 0 | 0 | 0 | 0 |
| Other (Goodwill) | 619,417 | 603,534 | 587,652 | 0 | 0 | 0 | 0 |
| **TOTAL CURRENT ASSETS** | **20,911,565** | **18,997,587** | **18,498,954** | **0** | **0** | **0** | **0** |
| PROPERTY, PLANT & EQUIP. @ COST | 44,728 | 44,728 | 44,728 | 0 | 0 | 0 | 0 |
| Less Accumulated Depreciation | -5,242 | -5,591 | -5,940 | 0 | 0 | 0 | 0 |
| **NET BOOK VALUE OF PP & E** | **39,486** | **39,137** | **38,788** | **0** | **0** | **0** | **0** |
| OTHER ASSETS | | | | | | | |
| 1.  Tax Deposits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.  Intercompany Accounts | -7,287,309 | -7,379,294 | -7,409,294 | 0 | 0 | 0 | 0 |
| 3.  Electric Deposit, Uniform Deposit | 0 | 1,250 | 1,250 | 0 | 0 | 0 | 0 |
| 4.  Rent Deposit | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS** | **$13,663,741** | **11,658,680** | **11,129,698** | **0** | **0** | **0** | **0** |

* Per Schedules and Statement of Affairs

**MOR-2**

Revised 07/01/98

CASE NAME:  QLRH LLC
CASE NUMBER: 14-60074-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 10/1/2014 | MONTH Oct-14 | MONTH Nov-14 | MONTH Dec-14 | MONTH Jan-15 | MONTH Feb-15 | MONTH Mar-15 |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0 | 125,902 | 153,810 | 0 | 0 | 0 | 0 |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 37,000,000 | 36,800,000 | 36,800,000 | 0 | 0 | 0 | 0 |
| Priority Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Federal Income Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA/Withholding | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unsecured Debt | 20,216,361 | 20,190,947 | 20,199,217 | 0 | 0 | 0 | 0 |
| Other - Owner Debt | 5,943,211 | 6,408,693 | 6,867,220 | 0 | 0 | 0 | 0 |
| TOTAL PRE-PETITION LIABILITIES | 63,159,571 | 63,399,639 | 63,866,437 | 0 | 0 | 0 | 0 |
| TOTAL LIABILITIES | 63,159,571 | 63,525,542 | 64,020,247 | 0 | 0 | 0 | 0 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | -33,762,261 | -35,255,596 | -35,255,596 | 0 | 0 | 0 | 0 |
| ADDITIONAL PAID-IN CAPITAL | 7,990,000 | 7,990,000 | 7,990,000 | 0 | 0 | 0 | 0 |
| RETAINED EARNINGS: Filing Date | -23,723,569 | -23,723,569 | -23,723,569 | 0 | 0 | 0 | 0 |
| RETAINED EARNINGS: Post Filing Date | 0 | -877,697 | -1,901,384 | 0 | 0 | 0 | 0 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -49,495,830 | -51,866,862 | -52,890,549 | 0 | 0 | 0 | 0 |
| TOTAL LIABILITIES & OWNERS EQUITY | 13,663,741 | 11,658,680 | 11,129,698 | 0 | 0 | 0 | 0 |

\* Per Schedules and Statement of Affairs

**MOR-3**

Revised 07/01/98

**CASE NAME:** QLRH LLC
**CASE NUMBER:** 14-60074-11

| | MONTH Oct-14 | MONTH Nov-14 | MONTH Dec-14 | MONTH Jan-15 | MONTH Feb-15 | MONTH Mar-15 |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 90,918 | 115,327 | 0 | 0 | 0 | 0 |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State Payroll Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| Ad Valorem Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL TAXES PAYABLE | 0 | 0 | 0 | 0 | 0 | 0 |
| SECURED DEBT POST-PETITION | 0 | 0 | 0 | 0 | 0 | 0 |
| ACCRUED INTEREST PAYABLE | 0 | 0 | 0 | 0 | 0 | 0 |
| ACCRUED PROFESSIONAL FEES* | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER  ACCRUED LIABILITIES | | | | | | |
| 1.          Franchise Tax, Property Tax, Income Tax | 0 | 0 | 0 | 0 | 0 | 0 |
| 2.          Insurance Contract | 0 | 0 | 0 | 0 | 0 | 0 |
| 3.          Other Accruals | 34,984 | 38,483 | 0 | 0 | 0 | 0 |
| TOTAL POST-PETITION LIABILITIES (MOR-4) | $125,902 | $153,810 | $0 | $0 | $0 | $0 |

*Payment requires Court Approval

**MOR-4**          Revised 07/01/98

**CASE NAME:** QLRH LLC
**CASE NUMBER:** 14-60074-11

**AGING OF POST-PETITION LIABILITIES**
MONTH                                    Nov-14

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | |
|---|---|---|---|---|---|---|
| 0-30 | 33,824 | $33,824 | | | 0 | |
| 31-60 | 81,503 | $0 | | | 81,503 | |
| 61-90 | 0 | $0 | | | 0 | |
| 91+ | 0 | $0 | | | 0 | |
| **TOTAL** | **115,327** | **33,824** | **0** | **0** | **81,503** | **0** |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | Nov-14 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0 | $0 | | | | |
| 31-60 DAYS | 0 | $0 | | | | |
| 61-90 DAYS | 0 | $0 | | | | |
| 91+ DAYS | 0 | $0 | | | | |
| **TOTAL** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |

**MOR-5**                                                                    *Revised 07/01/98*

CASE NAME: QLRH LLC

CASE NUMBER: 14-60074-11

## STATEMENT OF INCOME (LOSS)

*YEAR*

| | | MONTH Oct-14 | MONTH Nov-14 | MONTH Dec-14 | MONTH Jan-15 | MONTH Feb-15 | MONTH Mar-15 | YTD |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COST OF REVENUES | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **GROSS PROFIT** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **OPERATING EXPENSES:** | | | | | | | | |
| Selling & Marketing | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| General & Administrative | | 3,077 | 7,223 | 0 | 0 | 0 | 0 | 10,300 |
| Insiders Compensation | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | | 12,913 | 52,883 | 0 | 0 | 0 | 0 | 65,796 |
| Relocation Expenses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL OPERATING EXPENSES** | | **15,990** | **60,106** | **0** | **0** | **0** | **0** | **76,096** |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | | -15,990 | -60,106 | 0 | 0 | 0 | 0 | -76,096 |
| INTEREST EXPENSE | | 465,570 | 458,616 | 0 | 0 | 0 | 0 | 924,186 |
| DEPRECIATION | | 16,231 | 16,231 | 0 | 0 | 0 | 0 | 32,463 |
| OTHER (INCOME) EXPENSE* | | 379,906 | 488,734 | 0 | 0 | 0 | 0 | 868,640 |
| OTHER ITEMS** - Income (loss) from subs | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL INT, DEPR & OTHER ITEMS** | | **861,707** | **963,581** | **0** | **0** | **0** | **0** | **1,825,288** |
| NET INCOME BEFORE TAXES | | -877,697 | -1,023,687 | 0 | 0 | 0 | 0 | -1,901,384 |
| FEDERAL INCOME TAXES | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **NET INCOME (LOSS) (MOR-1)** | | **-877,697** | **-1,023,687** | **0** | **0** | **0** | **0** | **-1,901,384** |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

**\* Other (Income) / Expense Detail**

| | |
|---|---|
| (Income), QLRS | -94,170 |
| Loss, QLS | 474,076 |

**Total, Other Income / Expense**    $   379,906   $    -   $    -   $    -   $    -   $    -

CASE NAME: QLRH LLC

CASE NUMBER: 14-60074-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Oct-14 | MONTH Nov-14 | MONTH Dec-14 | MONTH Jan-15 | MONTH Feb-15 | MONTH Mar-15 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 4,205 | 8,158 | | | | | 4,205 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | 0 | 0 | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | 0 | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) | 0 | 0 | | | | | 0 |
| 5. SALE OF ASSETS | 0 | 0 | | | | | 0 |
| 6. OTHER (attach list) | 5,533 | 30,000 | | | | | 35,533 |
| **TOTAL RECEIPTS**** | 5,533 | 30,000 | 0 | 0 | 0 | 0 | 35,533 |
| Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 0 | 0 | | | | | 0 |
| 8. PAYROLL TAXES (in Net Payroll, ADP pays) | 0 | 0 | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | 0 | 0 | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | 0 | 0 | | | | | 0 |
| 11. UTILITIES & TELEPHONE | 0 | 0 | | | | | 0 |
| 12. INSURANCE | 0 | 0 | | | | | 0 |
| 13. INVENTORY PURCHASES | 0 | 0 | | | | | 0 |
| 14. VEHICLE EXPENSES | 0 | 0 | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | 0 | 0 | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | 0 | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | 1,580 | 194 | | | | | 1,774 |
| 18. OTHER (attach list) | 0 | 0 | | | | | 0 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | $1,580 | $194 | $0 | $0 | $0 | $0 | $1,774 |
| 19. PROFESSIONAL FEES | 0 | 23,823 | | | | | 23,823 |
| 20. U.S. TRUSTEE FEES | 0 | 0 | | | | | 0 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0 | 0 | | | | | 0 |
| **TOTAL DISBURSEMENTS**** | $1,580 | $24,017 | $0 | $0 | $0 | $0 | $25,597 |
| 22. NET CASH FLOW | $3,953 | $5,983 | $0 | $0 | $0 | $0 | $9,936 |
| 23. CASH - END OF MONTH (MOR-2) | $8,158 | $14,142 | $0 | $0 | $0 | $0 | $14,142 |

\* Applies to Individual debtors only

**MOR-7**          \*\*Numbers for the current month should balance (match)          *Rfvisfd 07/01/98*
                 RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME:  QLRH LLC

CASE NUMBER:  14-60074-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Oct-14 | MONTH Nov-14 | MONTH Dec-14 | MONTH Jan-15 | MONTH Feb-15 | MONTH Mar-15 | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| **Detail for MOR 7, Line 4, "Loans & Advances"** | | | | | | | |
| | | | | | | | 0 |
| | | | | | | | 0 |
| Total | 0 | $0 | $0 | $0 | $0 | $0 | 0 |
| | | | | | | | |
| **Detail for MOR 7, Line 6, "Other"** | | | | | | | |
| Transfer from QLRS | | 30,000 | | | | | 30,000 |
| Transfer from Ameribank | 1,090 | | | | | | 1,090 |
| Close Ameribank | -1,090 | | | | | | -1,090 |
| Cancel uncleared checks | 4,488 | | | | | | 4,488 |
| Bill.com | 1,045 | | | | | | 1,045 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| Total | 5,533 | 30,000 | 0 | 0 | 0 | 0 | 35,533 |
| | | | | | | | |
| **Detail for MOR 7, Line 18, "Other"** | | | | | | | |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| Total | $0 | $0 | $0 | $0 | $0 | $0 | 0 |

## CASH ACCOUNT RECONCILIATION
### MONTH OF          Nov-14

| BANK NAME | Capital One | Ameribank | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 3628194873 | 500087135 | | | |
| *ACCOUNT TYPE* | *OPERATING* | *OPERATING* | *OPERATING* | *OPERATING* | *TOTAL* |
| **BANK BALANCE** | **14,142** | | | | 14,142 |
| DEPOSITS IN TRANSIT | 0 | 0 | | | 0 |
| OUTSTANDING CHECKS | 0 | 0 | | | 0 |
| **ADJUSTED BANK BALANCE** | **14,142** | 0 | | | 14,142 |
| **BEGINNING CASH - PER BOOKS** | **8,158** | **0** | | | 8,158 |
| RECEIPTS* | 34,488 | | | | 34,488 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL            DEBTOR  MFR-2 | | | | | 0 |
| CHECKS/OTHER DISBURSEMENTS* | 28,505 | | | 0 | 28,505 |
| **ENDING CASH - PER BOOKS** | **14,142** | 0 | 0 | | 14,142 |
| | $0.00 | | | $0.00 | |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: QLRH LLC

CASE NUMBER: 14-60074-11

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the pro
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

**YEAR**
2014

| INSIDERS: NAME/COMP TYPE | MONTH Oct-14 | MONTH Nov-14 | MONTH Dec-14 | MONTH Jan-15 | MONTH Feb-15 | MONTH Mar-15 | Year to Date |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | 0 |
| 2. | | | | | | | 0 |
| 3. | | | | | | | 0 |
| 4. | | | | | | | 0 |
| 5. | | | | | | | 0 |
| 6. Summary from below | | | | | | | 0 |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | 0 | 0 | 0 | 0 |

| PROFESSIONALS | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | Year to Date |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | 0 |
| 2. | | | | | | | 0 |
| 3. | | | | | | | 0 |
| 4. | | | | | | | 0 |
| 5. | | | | | | | 0 |
| 6. | | | | | | | 0 |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | 0 | 0 | 0 | 0 |

**MOR-9**

*Rfvmsfd 07/01/98*